AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | Case: 1:21-mj-00317 |
| v. | ) | Assigned To : Meriweather, Robin M. |
| | ) | Assign. Date : 3/18/2021 |
| Kevin Sam Blakely | ) | Description: Complaint w/ Arrest Warrant |
| DOB: XXXXXX | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 6, 2021 _____ in the county of _____ in the _____ in the District of ___ Columbia ___ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, | |
| 18 U.S.C. § 1752(a)(2) - Knowingly Engaging in Disorderly or Disruptive Conduct in any Restricted Building or Grounds, | |
| 40 U.S.C. § 5104(e)(2)(D) & (G) - Violent Entry and Disorderly Conduct on Capitol Grounds. | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Jeremy Moore, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: ___ 03/18/2021 ___

_____
*Judge's signature*

City and state: ___ Washington, D.C. ___

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*