IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
WASHINGTON, D.C.

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | Case No. 1:21-CR-356 |
| § | |
| KEVIN BLAKELY § | |

**APPEARANCE OF COUNSEL**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes William D. Cox III and hereby files this appearance as attorney of record for Kevin Blakely, defendant. Defendant, retained William D. Cox III, and he consents to William D. Cox III's appearance as attorney of record in this case.

Respectfully submitted,

Law Offices of William D. Cox III
Republic Center
325 N. St. Paul Street, Suite 2100
Dallas, Texas 75201
wdc3law@aol.com
214-220-3111
214-220-3114(fax)

By: _____
William D. Cox III
State Bar No. 04956497
Attorney for Kevin Blakely

**CERTIFICATE OF SERVICE**

This is to certify that on the day this was filed, a true and correct copy of the above and foregoing document was served on all parties through the ECF system.

_____
William D. Cox III