Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     )
                             )
        vs.                  )     Criminal Case No.: 21-CR-356
                             )
                             )
KEVIN SAM BLAKELY            )
                             )
                             )

## WAIVER OF INDICTMENT

I, _____KEVIN SAM BLAKELY_____, the above-named defendant, who is accused of

Entering and remaining in a restricted building, 18 U.S.C. § 1752(a)(1); disorderly and disruptive conduct in a restricted building, 18 U.S.C. § 1752(a)(2); violent entry and disorderly conduct and parading, demonstrating, or picketing in a Capitol Building, 40 U.S.C. § 5014(e)(2)(D); and parading, demonstrating, or picketing in a Capitol Building, 40 U.S.C. § 5104(e)(2)(G)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____October 21, 2021_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____          Date: _____
Emmet G. Sullivan
United States District Judge