# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 1:21-cr-356 (EGS)** |
| **v.** | : | |
| | : | |
| **KEVIN SAM BLAKELY,** | : | |
| | : | |
| **Defendant.** | : | |

## <u>ORDER</u>

**AND NOW,** this          day of                    , 2022, upon consideration of the

Government's Unopposed Motion for Continuance of Sentencing Hearing, it is hereby

**ORDERED** that the motion is **GRANTED**. The Court finds that in order to maintain

continuity of counsel and the parties' need for additional time to resolve matters pertinent to

the sentencing of the defendant it is in the interest of justice to continue the sentencing hearing.

The date for the filing of sentencing memoranda shall be continued from March 1, 2022

to April 1, 2022 and the sentencing hearing shall be continued until a date to be determined by

the Court.

**BY THE COURT:**

_____

**HONORABLE EMMET G. SULLIVAN**
**United States District Court Judge**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 1:21-cr-356 (EGS)** |
| **v.** | : | |
| | : | |
| **KEVIN SAM BLAKELY,** | : | |
| | : | |
| **Defendant.** | : | |

**AMENDED MOTION FOR CONTINUANCE OF SENTENCING HEARING**

The United States through its attorneys, Matthew Graves, United States Attorney for the District of Columbia, and Anita Eve, Assistant United States Attorney, and defendant Kevin Sam Blakely, through his counsel, William Cox, hereby respectfully move the Court for a continuance of the sentencing hearing scheduled in the above-captioned matter on March 24, 2022. In support of this Motion, the parties represent as follows:

1.      As this Court is aware, the sentencing hearing in this matter is scheduled to commence on March 24, 2022 at 2:00 p.m. EST and the date of for the filing of the sentencing memoranda was March 1, 2022.

2.      This is the first motion for continuance of the sentencing hearing filed by the government and the defendant.

3.      Counsel for the government has found herself with familial issues which must be addressed in March 2022 and in order to maintain continuity of counsel this request for delay is necessary. Also, there are issues pertaining to the government's recommended sentence for the defendant which must be addressed. Both counsel for the government and the defendant will require the additional time requested to review the unresolved issues.

4.      Counsel for the government has conferred with counsel for the defendant and there is no objection to this request for a continuance of the date for the filing of the respective sentencing memorandum and the sentencing hearing.

5.      Wherefore, the parties respectfully request a continuance of the date for the filing of the parties' sentencing memoranda until April 1, 2022 and the sentencing hearing to a date to be determined by the Court.

Respectfully submitted,

MATTHEW GRAVES
United States Attorney
D.C. Bar No. 481052


By:      */s/ Anita Eve*
Anita Eve
Assistant United States Attorney, Detailee
PA Bar No. 45519

**CERTIFICATE OF SERVICE**

On this 4th day of March 2022, a copy of the foregoing was served upon all parties

listed on the Electronic Case Filing (ECF) System.


/s/ *Anita Eve*
Anita Eve
Assistant United States Attorney