UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:21-cr-00356 (EGS) |
| | : | |
| KEVIN SAM BLAKELY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

# GOVERNMENT'S NOTICE OF FILING OF VIDEO EXHIBITS PURUSANT TO LOCAL CRIMINAL RULE 49

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49 of the following video exhibits to the Government's Sentencing Memorandum and Reply Sentencing Memorandum, which have been provided to defense counsel and the Court via USAfx.

The video exhibits are as follows:

Exhibit 1 – "America's taking their shit back"
Exhibit 2 – "America, we might be back"
Exhibit 3 – "Is that all you got?"
Exhibit 4 – "We comin back and take Congress another day and all these motherfuckers"
Exhibit 5 – Blakely being moved by police
Exhibit 6 – "They just pushed us out of Congress . . . ."America's taking their shit back"
Exhibit 7 – "Pepper-spray is burning"
Exhibit 8 – "I'm still here, ha ha ha"
Exhibit 9 – Blakely on steps of Capitol
Exhibit 10 – Blakely standing in front of police line
Exhibit 11 – Rotunda Door Interior
Exhibit 12 - Rotunda Door Interior
Exhibit 13 - Rotunda Door Interior
Exhibit 14 - Rotunda North
Exhibit 15 – Body Worn Camera (BWC) – Rotunda
Exhibit 16 – Tru News
Exhibit 17 – Rotunda North
Exhibit 18 - Rotunda Door Interior
Exhibit 19 - Rotunda Door Interior
Exhibit 20 - Rotunda Door Interior

If the Court accepts these proposed video exhibits into evidence, the United States takes the position that the entered exhibits should be promptly released to the public.

                Respectfully submitted,

                MATTHEW M. GRAVES
                UNITED STATES ATTORNEY

By:    /s/ ANITA EVE
        ANITA EVE
        PA Bar No. 45519
        Assistant United States Attorney (Detailee)
        U.S. Attorney's Office
        555 4th Street, N.W., Room 5840
        Washington, D.C.  20530
        Anita.eve@usdoj.gov
        (215) 764-2177