IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | Criminal No. 1:21CR356-001 |
| | § | (Judge Emmet G. Sullivan) |
| KEVIN SAM BLAKELY | | |

## DEFENDANT'S RESPONSE TO GOVERNMENT'S EXHIBIT PUBLICATION

Defendant has no objection to the publication of the Exhibit's.

Respectfully submitted,

*[signature]*

William D. Cox III
State Bar No. 04956497
325 N. St. Paul Street, Suite 2100
Dallas, Texas 75201
wdc3law@aol.com
Telephone (214) 220-3111
Facsimile (214) 220-3114
Attorney for Kevin Sam Blakely

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing motion was ECF delivered to AUSA Anita Eve and probation on May 4, 2022.

_____
William D. Cox III